☑ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------

07CRIM. 676

UNITED STATES OF AMERICA         :    NOTICE OF INTENT
                                      TO FILE AN INFORMATION
         -v.-                    :
                                      07 Cr.
SUZETTE GEORGE,                  :

         Defendant.              :

------------------------------X

JUDGE HOLWELL

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          July 17, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              Lee Renzin
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                              Jesse Berman, Esq.
                              Attorney for Suzette George

                         By:  _____
                              Sarah Kunstler, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

7/18/07   WHEEL A