**JUDGE HOLWELL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA          :      INFORMATION

       -v.-                            :      07 Cr.

SUZETTE GEORGE,                   :

           Defendant.              **07 CRIM 676**

------------------------------------x

COUNT ONE

The United States Attorney charges:

From in or about August 1, 2001, up to and including in or about July 27, 2006, in the Southern District of New York and elsewhere, SUZETTE GEORGE, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her use and the use of another, vouchers, money and things of value of the United States and a department and an agency thereof, the value of which exceeded the sum of $1,000, to wit, GEORGE received federal housing subsidies in an amount in excess of $1,000 from the United States Department of Housing and Urban Development ("HUD") to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

JUL 24 2007