```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      v.                              :          **ORDER**

SUZETTE GEORGE,                   :          07 Cr. 676 (RJH)

      Defendant.                      :

- - - - - - - - - - - - - - - - - x

      WHEREAS, with the defendant's consent, her guilty plea allocution was taken before the Honorable Frank Maas on October 19, 2007;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Information 07 Cr. 676 (RJH) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

      IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated: November 30, 2007

                                       _____
                                       The Honorable Richard J. Holwell
                                       United States District Judge