USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

**JESSE BERMAN**
Attorney at Law
351 Broadway
New York, New York 10013
(212) 431-4600
FAX (212) 941-0980



BY FAX (212) 805-7948

January 11, 2008

Hon. Richard J. Holwell
United States Court House
500 Pearl Street
New York, NY 10007

Attention: William Donald

                        Re: U.S. v. Suzette George
                             07 Cr 676(RJH)

Your Honor:

    As you know, I am the attorney for Ms. George, who has pleaded guilty in her Section 8 Rental Assistance Program fraud case (18 U.S.C. Section 641) and is scheduled to be sentenced by you on March 13, 2008.

    Ms. George has informed me that her father, Willie George, who lives in Trinidad, is seriously ill, and that she wishes to make a one-week trip, as soon as possible, to visit him in Trinidad. Ms. George, who is a United States citizen, was released on her own recognizance in this case by Magistrate Judge Dolinger on May 9, 2007, with the government's consent. She was not placed on Pre-Trial Services supervision, but was ordered to surrender her passport to Pre-Trial Services, which she did. I spoke to Pre-Trial Services today, and they confirmed that they have Ms. George's passport in their safe in the Woolworth Building, and that they will release the passport to Ms. George if this Court so orders it.

    I have spoken with AUSA Lee Renzin, and he consents to this application.

    I respectfully request that this Court grant Ms. George's request that she be permitted to make a one-week

trip to Trinidad to visit her father, as soon as possible and in time for her to return to New York for her March 13, 2008, sentence date, and that Pre-Trial Services be ordered to release Ms. George's passport to her for this trip.

Respectfully yours,

*[signature]*

JESSE BERMAN

JB/ps

cc: AUSA Lee Renzin

SO ORDERED

*[signature]*

--------

U.S.D.J.

(PART I)