UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES of AMERICA,

        -against-

SUZETTE GEORGE,

              Defendant.

------------------------------------------------------------x

07 Cr. 00676 (RJH)

**ORDER**

      The sentence scheduled for January 18, 2008 is rescheduled to March 13, 2008, at 3:00 p.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 09, 2008
SO ORDERED:

Richard J. Holwell
United States District Judge